FILED: September 9, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-7675
(5:96-cr-00079-BO-1)
(5:12-cv-00121-BO)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

TORRANCE JONES, a/k/a Tube

  Defendant - Appellant

_____

O R D E R

_____

  The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

  Entered at the direction of the panel: Judge Niemeyer, Judge King and Judge Agee.

         For the Court

         /s/ Patricia S. Connor, Clerk